UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| SIDEA S. SANDERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:17-CV-48 DDN |
| WOMEN'S EASTERN RECEPTION DIAGNOSTIC AND CORRECTIONAL CENTER, et al., | ) ) ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. She has not done so.

Plaintiff says the institution will not provide her with a copy of her account statement without an order from the Court. The institution should release the statement to her.

Accordingly,

**IT IS HEREBY ORDERED** that, within twenty-one (21) days of the date of this Order, plaintiff must submit a copy of her prison trust account statement for the six-month period before the filing of the complaint.

Dated this 25th day of July, 2017.

_____
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE